**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 25, 2021

*By ECF and by e-mail*

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Yenny Santos-Reynoso*, 21 Cr. 268 (LTS)

Dear Chief Judge Swain**:**

      I write on consent (Assistant U.S. Attorney Kevin Mead) to respectfully request that the Court adjourn the conference currently scheduled for July 9, 2021 at 11:00 a.m., for a period of around 45 days. The adjournment will allow time for additional review of Ms. Santos's immigration file to determine whether there is a basis to challenge the validity of the underlying deportation order pursuant to 8 U.S.C. § 1326(d).

      Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:   AUSA Kevin Mead

The foregoing request for an adjournment is granted.  The next pretrial conference is hereby scheduled for September 10, 2021 at 10:30am.  The parties shall notify Chambers by email on or before August 27, 2021 as to whether they request to proceed remotely or in person.  The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through September 10, 2021, outweigh the best interests of the public and the defendant in a speedy trial in order to permit defense counsel to review documents and make determinations regarding potential motion practice.  Docket entry 13 is resolved.
SO ORDERED.
6/25/2021
/s/ Laura Taylor Swain, USDJ