**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 30, 2021

*By ECF*

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:     *United States v. Yenny Santos-Reynoso*, 21 Cr. 268 (LTS)

Dear Chief Judge Swain**:**

    I write on consent (Assistant U.S. Attorney Kevin Mead) to respectfully request that the Court adjourn the conference currently scheduled for September 10, 2021 at 10:30 a.m., and set a motion schedule for a challenge to the validity of the underlying deportation order pursuant to 8 U.S.C. § 1326(d). I request a period of 30 days to draft the motion, the Government has requested 14 days to respond, and I would ask for an additional 14 days to reply, if necessary.

    If the Court grants the adjournment, I request that the Court set a conference for a date after the motion has been fully briefed, and exclude time under the Speedy Trial Act until that date.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:     AUSA Kevin Mead

The foregoing adjournment request is granted. Defense shall file the motion challenging the validity of the underlying deportation order by October 5, 2021. The Government shall file its response by November 2, 2021. Defense shall file its reply by November 23, 2021. The conference is hereby rescheduled for December 9, 2021 at 2:00pm. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through December 9, 2021, outweigh the best interests of the public and the defendant in a speedy trial because of the time needed for submission and consideration of the motion. Docket entry #17 resolved.
SO ORDERED.
8/30/2021
/s/ Laura Taylor Swain, Chief USDJ