UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
             :
UNITED STATES OF AMERICA            :
             :      1: 21-CR-00268 - 1 (LTS)
             :
     -against-                      :           **ORDER**
             :
YENNY SANTOS - REYNOSO,          :
             :
     Defendant.                 :
------------------------------------------------------------X

Laura Taylor Swain, Chief United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to include the following condition of release:

- *Mental health evaluation and treatment as directed by Pretrial Services.*

It is hereby ORDERED that the defendant's Curfew from 9:00 PM to 7:00 AM, enforced by Location Monitoring, is modified as follows:

- *Curfew, with hours to be set by Pretrial Services, enforced by Location Monitoring.*


Dated:  New York, New York
         March  30, 2022

                                                   /s/ Laura Taylor Swain
                                                    Laura Taylor Swain
                                             Chief United States District Judge