UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
                                                                         :

UNITED STATES OF AMERICA          :

                 - v -                           :          2! Cr. 268 (LTS)

YENNY SANTOS-REYNOSO,          :

                         Defendant.     :
------------------------------------------------------ x

           **PLEASE TAKE NOTICE**, that based on the accompanying memorandum of law and the declaration attached thereto, the defendant herein, Yenny Santos-Reynoso, will move this Court, before the Honorable Laura Taylor Swain, Chief United States District Judge for the Southern District of New York, at a time to be set by the Court, for an Order dismissing the indictment as it was obtained in violation of the Equal Protection Guarantee of the Fifth Amendment, and because the immigration judge who purported to order Ms. Santos-Reynoso's removal *in absentia* lacked jurisdiction to do so.

DATED:      New York, New York
                  April 8, 2022

                                              DAVID PATTON, ESQ.
                                              Federal Defenders of New York, Inc.
                                              Attorney for Defendant
                                              YENNY SANTOS-REYNOSO
                                              52 Duane Street - 10th Floor
                                              New York, New York 10007
                                              Tel.: (212) 417-8737

                                              MARTIN S. COHEN
                                              *Of Counsel*


TO:     DAMIAN WILLIAMS, ESQ.
           United States Attorney
           Southern District of New York
           One. St. Andrew's Plaza
           New York, New York 10007
           Attn:   KEVIN MEAD, ESQ.
                     Assistant United States Attorney