**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 1, 2022

*By ECF*

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Yenny Santos-Reynoso*, 21 Cr. 268 (LTS)

Dear Chief Judge Swain**:**

    I write to respectfully request that the Court direct the clerk's office to correct a docketing error due to my misfiling of a brief.

    I filed a reply brief this afternoon on ECF in connection with Ms. Santos-Reynoso's motion to dismiss the indictment. *See* Dkt. No. 34. Before doing so, I mistakenly filed a brief from another case on the docket. *See* Dkt. No. 33. My understanding is that before the clerk's office can make a change in the docket, it must get authorization directly from Chambers. To avoid potential confusion from the misfiled brief, I respectfully request that the Court direct the clerk's office to remove or de-link Docket No. 33.

                                    Respectfully submitted,

                                      /s/_____
                                      Martin S. Cohen
                                      Ass't Federal Defender
                                      (212) 417-8737

cc:    Kevin Mead, Esq., by ECF