**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 1, 2022

*By ECF*

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Yenny Santos-Reynoso*, 21 Cr. 268 (LTS)

Dear Chief Judge Swain**:**

    I write to respectfully request that the Court direct the clerk's office to correct a docketing error due to my misfiling of a brief.

    I filed a reply brief this afternoon on ECF in connection with Ms. Santos-Reynoso's motion to dismiss the indictment. *See* Dkt. No. 34. Before doing so, I mistakenly filed a brief from another case on the docket. *See* Dkt. No. 33. My understanding is that before the clerk's office can make a change in the docket, it must get authorization directly from Chambers. To avoid potential confusion from the misfiled brief, I respectfully request that the Court direct the clerk's office to remove or de-link Docket No. 33.

The foregoing request is granted and the Clerk's Office is respectfully directed to strike Docket entry no. 33 in this case, as it was erroneously filed.  Dkt. No. 35 resolved.  SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ 6/2/22

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:   Kevin Mead, Esq., by ECF