

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2022

**<u>VIA ECF</u>**

Hon. Laura Taylor Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **<u>Re: *United States v. Santos-Reynoso*, 21 Cr. 268 (LTS)</u>**

Dear Judge Swain:

    The Government writes in further opposition to defendant Yenny Santos-Reynoso's motion to dismiss the indictment on the basis that the illegal reentry statute she is charged with (8 U.S.C. § 1326) is facially unconstitutional because it violates the Equal Protection Clause of the Fifth Amendment.  Dkt. 30.  Earlier today, Judge Keenan issued the attached decision in *United States v. Fidencio Crespo-Castelan*, 22-CR-09, in which he rejected an identical argument.

                                      Respectfully Submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                          by: <u>*/s/ Kevin Mead*</u>
                             Kevin Mead
                             Assistant United States Attorney
                             (212) 637-2211