UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                        No.  21 CR 268- LTS

YENNY SANTOS-REYNOSO,

       Defendant.

-------------------------------------------------------x

## ORDER

The change of plea hearing in this case is scheduled to proceed on **August 2, 2022**, at **10:00 a.m**. in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York
       July 27, 2022

                                                            __/s/ Laura Taylor Swain_____
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge