**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 3, 2022

*By ECF*

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Yenny Santos-Reynoso*, 21 Cr. 268 (LTS)

Dear Chief Judge Swain**:**

     I write on consent (Assistant U.S. Attorney Kevin Mead) to respectfully request an about seven-week adjournment of sentencing in this matter, which is currently scheduled for November 29, 2022, at 11:00 a.m. The reason for the request is to allow Ms. Santos additional time to consult with immigration-support organizations; the adjournment will also allow Ms. Santos to spend the holidays with her family. We respectfully request that the Court reschedule sentencing for a date convenient for the Court during the week of January 16, 2023.

The foregoing request is granted.  The sentencing hearing in this case is hereby rescheduled for January 18, 2022, at 2:30 p.m. Dkt. no. 45 resolved.  SO ORDERED.
11/4/2022
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:  Kevin Mead, Esq., by ECF